[No. 69454-5-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN ADRIAN
SAWYER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-1-10528-4, Lori Kay Smith, J., entered
August 24, 2012. *Affirmed* by unpublished opinion per
Leach, C.J., concurred in by Grosse and Spearman, JJ.

[No. 69462-6-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIJA ALLEN DOSS,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 09-1-05189-1, Gregory P. Canova, J., entered
September 19, 2012. *Affirmed* by unpublished opinion per
Dwyer, J., concurred in by Becker and Verellen, JJ.

[No. 69525-8-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RENEE CHRISTINE
BISHOP-MCKEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 11-1-02466-5, Eric Z. Lucas, J., entered
October 4, 2012. *Affirmed* by unpublished opinion per
Verellen, J., concurred in by Becker and Dwyer, JJ.

[No. 69544-4-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LANE
SAYERS, *Appellant*,

Appeal from a judgment of the Superior Court for King
County, No. 10-1-05793-1, Patrick H. Oishi, J., entered
October 3, 2012. *Affirmed* by unpublished opinion per
Verellen, J., concurred in by Becker and Dwyer, JJ.